U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DRIVER ID INC., a Nevada corporation,

    Plaintiff,

vs.

TRIPLE M FINANCING CO., a Michigan corporation, and PAYMENT PROTECTION SYSTEMS INC., a California corporation,

    Defendants.

Case No. 00-70645

Hon. Denise Page Hood
Magistrate Judge Carlson

## PLAINTIFF'S ANSWER TO DEFENDANT PAYMENT PROTECTION SYSTEMS INC.'S COUNTERCLAIMS

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Denied as untrue.

20. Denied as untrue.

21. Denied as untrue.

Respectfully submitted,

*[signature]*

Douglas W. Sprinkle (P25326)
GIFFORD, KRASS, GROH, SPRINKLE,
ANDERSON & CITKOWSKI, P.C.
280 N. Old Woodward, Suite 400
Birmingham, MI 48009
(248) 647-6000
Fax: (248) 647-5210

Date: 4/20/00

Attorneys for Plaintiff

DWS/gs
GS–C:\docs\DWS\WVA10070-ans-P.doc

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing PLAINTIFF'S ANSWER TO DEFENDANT PAYMENT PROTECTION SYSTEMS INC.'S COUNTERCLAIMS was served via first class mail on:

>Robert J. Lenihan, II
>HARNESS, DICKEY & PIERCE, P.L.C.
>5445 Corporate Drive, Suite 400
>Troy, MI 48098-2683
>
>E. Joseph Gess
>B. Jefferson Boggs, Jr.
>BURNS, DOANE, SWECKER & MATHIS, L.L.P.
>1737 King Street, Suite 500
>Alexandria, VA 22314

on this 20 day of April, 2000.

_____